Paul J. Anderson, Esq.
Nevada Bar No. 709
Maupin, Cox & LeGoy
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775)827-2000
Facsimile: (775)827-2185
Email: panderson@mcllawfirm.com
*Attorney's for Defendant Kaaren Ross*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CAMILYN SCHENK NELSON, individually, and as guardian of A.S.,

*Plaintiffs,*

v.

KAAREN ROSS and ELKO COUNTY SCHOOL DISTRICT

*Defendants.*

Case No. 3:23-cv-00230-MMD-CSD

**STIPULATION AND ORDER REGARDING EXTENSION OF TIMELINE FOR FILING DISPOSITIVE MOTIONS AND JOINT PRETRIAL ORDER AND TO ESTABLISH BRIEFING SCHEDULE**

**(SECOND REQUEST)**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure (Fed.R.Civ.P.) and Local Rule 26-3, Defendants Kaaren Ross ("Defendant Ross") and Elko County School District ("Defendant ECSD"), by and through their respective undersigned counsel of record, and Plaintiffs Camilyn Schenk Nelson ("Ms. Nelson"), individually, and as guardian of A.S. ("Plaintiffs"), by and through their undersigned counsel of record, all of whom may be referred to individually as a "Party," and are collectively referred to herein as the "Parties," stipulate and agree to extend the deadlines currently set forth for filing dispositive motions and the Joint Pretrial Order currently set forth in the Scheduling Order on Stipulation (Doc. 45), filed by this court on June 22, 2026, following filing of a Stipulation by the Parties on June 22, 2026 (Doc. 44). **This is not a request to extend the discovery cut-off date.**

This Stipulation is made in good faith and not for the purposes of delaying this proceeding. All Parties and their respective legal counsel agree that the extensions requested herein are

necessary, made for good cause, and will not be prejudicial to any Party. The Parties have been diligent in their pursuit of the necessary discovery which has been completed and enter into this Stipulation to further support the efficient administration of justice regarding this case. The Parties submit that additional good cause exists for this Court to grant the requested extension of the deadlines set forth below based on the following facts:

1. The Parties completed all discovery on June 29, 2026, as Ordered by this Court on February 17, 2026 (Doc. 43).

2. The deadline to file dispositive motions was extended by Stipulation and Order of this Court on June 22, 2026, based on long-standing personal commitments Counsel for the Defendant Elko County School District, Ann M. Alexander, Esq., had that that took her out-of-state during most of July 2026. Although the deadline to file dispositive motions was extended to August 28, 2026, the Parties have consulted and agree that an additional two week extension of that deadline to September 11, 2026, is necessary due to the complexity of the issues to be addressed through the dispositive motions, as well as the voluminous amount of discovery that is relevant to those motions. Additionally, counsel for Plaintiffs will receive two dispositive motions, one from each Defendant addressing separate issues and claims which likely will necessitate more than the 21 days allowed by LR II 7-2(b), to respond to a motion for summary judgment. For these reasons the Parties request the Court approve the briefing schedule set forth in paragraph 5, below.

3. Pursuant to LR IA 6-1, this is the SECOND request to extend the deadlines for filing dispositive motions and filing the Joint Pretrial Order <u>without</u> also requesting an extension of the discovery cut-off. It is the FIRST request to set a briefing schedule to govern briefing of dispositive motions. All the Parties as well as their respective legal counsel agree that an extension of the deadlines to file dispositive motions and the Joint Pretrial Order, and to establish a briefing schedule is in the best interests of each Party and further agree to the extended dates set forth below.

4. Based on the foregoing, the Parties stipulate to extend the current Discovery Plan as follows:

a. In accordance with LR 26-1(b)(4), the **deadline for filing dispositive motions** shall be extended from Friday, August 28, 2026, to **Friday, September 11, 2026.**

b. In accordance with LR 26-1(b)(5), the Parties shall have until **Monday, October 12, 2026,** to **file the Joint Pretrial Order**, which is thirty-one (31) days after the dispositive motion deadline. If dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court issues its decision on any dispositive motions or further order of the Court. In accordance with LR 26-1(b)(6), the disclosures required by Fed.R.Civ.P. 26(a)(3) and any objections shall be included in the final pretrial order and must be filed at least thirty (30) days prior to trial in accordance with Fed.R.Civ.P. 26(a)(3)(B).

5. The Parties agree to the following briefing schedule for any dispositive motions that are filed on or before the dispositive motion deadline of **Friday, September 11, 2026**. Any responsive points and authorities or brief shall be due for filing **Friday, October 23, 2026.** All reply points and authorities or briefs shall be due for filing Friday, **November 6, 2026**.

**RESPECTFULLY SUBMITTED** this 21st day of August, 2026.

ALEXANDER & ASSOCIATES, INC.

By: *___/s/ Ann M. Alexander___*
Ann M. Alexander, Esq. (SBN 7256)
P.O. Box 5790
Reno, Nevada 89513
Telephone: (775)800-1128
Facsimile: (775)800-1227
Email: alexander@amalexlaw.com
**Attorney for Defendant ECSD**

MAUPIN, COX & LEGOY

By: *___/s/ Paul J. Anderson___*
Paul J. Anderson, Esq. (SBN 709)
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775)827-2000
Facsimile: (775)827-2185
Email: panderson@mcllawfirm.com
**Attorney for Defendant Kaaren Ross**

THE BACH LAW FIRM, LLC

By: *___/s/ Jason J. Bach___*
Jason J. Bach, Esq. (SBN 7984)
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702)925-8787
Facsimile: (702)925-8788
Email: jbach@bachlawfirm.com
**Attorney for Plaintiffs**

IT IS SO ORDERED.

______________________________
UNITED STATES MAGISTRATE JUDGE

Dated August 21, 2026