Ama M. Alexander, Esq.
Nevada Bar No. 7256
ALEXANDER & ASSOCIATES, INC.
P.O. BOX 5790
Reno, Nevada 89513
Telephone: (775)800-1128
Facsimile: (775)800-1227
Email: alexander@amalexlaw.com
**Attorney for Defendant**
**Elko County School District**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAMILYN SCHENK NELSON, individually, and as guardian of A.S.,<br><br>*Plaintiffs,*<br><br>v.<br><br>KAAREN ROSS and ELKO COUNTY SCHOOL DISTRICT<br><br>*Defendants.* | Case No. 3:23-cv-00230-MMD-CSD |

**STIPULATION AND PROPOSED ORDER REGARDING FILING DOCUMENTS DESIGNATED "CONFIDENTIAL" IN CONNECTION WITH DISPOSITIVE MOTIONS, OPPOSITIONS, REPLIES, AND RELATED FILINGS**

Defendants Elko County School District ("Defendant District") and Kaaren Ross ("Defendant Ross"), by and through their respective undersigned counsel of record, and Plaintiffs Camilyn Schenk Nelson ("Ms. Nelson"), individually, and as guardian of A.S. ("Plaintiffs"), by and through their undersigned counsel of record, all of whom may be referred to individually as a "Party," and are collectively referred to herein as the "Parties," stipulate and agree that, notwithstanding any confidentiality designation made pursuant to the Protective Order entered in this action (ECF No. 16), deposition transcripts and excerpts, deposition exhibits, and other documents designated "Confidential" may be quoted, cited, discussed, and filed in connection with dispositive motions, oppositions, replies, and related filings without redaction and without filing under seal solely because of the "Confidential" designation.

The use or filing of such materials in accordance with this Stipulation shall not constitute a violation of the Protective Order and shall not constitute a waiver of any confidentiality designation or protection for any other purpose. Nothing in this Stipulation prevents any party from seeking to seal or redact material for reasons independent of its designation as "Confidential," or affects any requirement to redact information required by applicable law, rule, or court order.

**RESPECTFULLY SUBMITTED** this 9th day of September, 2026.

ALEXANDER & ASSOCIATES, INC.

By: */s/ Ann M. Alexander*
Ann M. Alexander, Esq. (SBN 7256)
P.O. Box 5790
Reno, Nevada 89513
Telephone: (775)800-1128
Facsimile: (775)800-1227
Email: alexander@amalexlaw.com
**Attorney for Defendant ECSD**

MAUPIN, COX & LEGOY

By: */s/ Paul J. Anderson*
Paul J. Anderson, Esq. (SBN 709)
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775)827-2000
Facsimile: (775)827-2185
Email: panderson@mcllawfirm.com
**Attorney for Defendant Kaaren Ross**

THE BACH LAW FIRM, LLC

By: */s/ Jason J. Bach*
Jason J. Bach, Esq. (SBN 7984)
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702)925-8787
Facsimile: (702)925-8788
Email: jbach@bachlawfirm.com
**Attorney for Plaintiffs**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: September 9, 2026